UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PETER W.,

Plaintiff,

v.

Frank BISIGNANO, Commissioner of Social Security,

Defendant.

Case No.: 25-cv-1709-AGS-DDL

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF 16) AND AFFIRMING SOCIAL SECURITY ALJ'S DENIAL OF BENEFITS**

The magistrate judge issued a report and recommendation urging this Court to (1) "deny[] Plaintiff's request for remand for an award of benefits," (2) "affirm[] the decision of the [Social Security] Commissioner," and (3) "direct[] that judgment be entered in the Commissioner's favor." (ECF 16, at 18–19.) District judges "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (cleaned up); *see also* 18 U.S.C. § 636(b)). Objections were due "**August 7, 2026**," (ECF 16, at 19), and, to date, no party has objected. This Court reviewed the report and recommendation and finds that it is well reasoned and without any clear error. So, the Court **ADOPTS** the magistrate judge's report and recommendation. The Commissioner's decision to deny plaintiff benefits is affirmed, and plaintiff's appeal for remand for benefits is denied. The Clerk must issue a judgment and close this case.

Dated: August 10, 2026

Andrew G. Schopler
United States District Judge